UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOHN BEATTY,

                        Plaintiff,

-against-

JAMES VAFEADES, Individually, and in his capacity
As Police Commissioner and the Incorporated Village
of Rockville Centre, and THE INCORPORATED VILLAGE
OF ROCKVILLE CENTRE,
                        Defendants.
-------------------------------------------------------------X

**NOTICE OF APPEAL**

Case No. 2:23-cv-01373

      Notice is hereby given that plaintiff, JOHN BEATTY hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment, entered on August 15, 2025, and from each and every part thereof.

Dated: Smithtown, New York
       September 4, 2025

                        Yours, etc.

                        SCHAEFER LAW GROUP, P.C.

                        _____/s/_____
                        Wayne J. Schaefer, Esq.
                        *Attorney for Plaintiff,*
                        *JOHN BEATTY*
                        22 Lawrence Avenue, Suite 301
                        Smithtown, New York 11787
                        Tel. (631) 382-4800

APPEAL,ACO,MEDSNR

# U.S. District Court
## Eastern District of New York (Central Islip)
### CIVIL DOCKET FOR CASE #: 2:23-cv-01373-GRB-ARL

| | |
|---|---|
| Beatty v. Vafeades et al | Date Filed: 02/21/2023 |
| Assigned to: Judge Gary R. Brown | Date Terminated: 08/15/2025 |
| Referred to: Magistrate Judge Arlene R. Lindsay | Jury Demand: Plaintiff |
| Demand: $10,000,000 | Nature of Suit: 440 Civil Rights: Other |
| Cause: 42:1983 Civil Rights Act | Jurisdiction: Federal Question |

**Mediator**

**Patrick Michael McKenna**

**Plaintiff**

**John Beatty**     represented by     **Wayne J. Schaefer**
Schaefer Law Group, P.C.
186 West Main Street
Smithtown, NY 11747
631-382-4800
Email: wjs@schaeferlawgroup.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**James Vafeades**     represented by     **Adam Granek Guttell**
*Individually, and in his capacity as Police*     Jackson Lewis, P.C.
*Commissioner of the Incorporated*     58 South Service Road
*Village of Rockville Centre*     Suite 250
Melville, NY 11747
631-247-0404
Fax: 631-247-0417
Email: adam.guttell@jacksonlewis.com
*TERMINATED: 08/29/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chelsea Ella Weisbord**
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, NY 11514
(516)334-4500
Fax: (516)334-4501
Email: cweisbord@sokoloffstern.com
*ATTORNEY TO BE NOTICED*

**Cliff LaFemina**
Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, NY 11747
631-247-0404
Email: cliff.lafemina@jacksonlewis.com
*TERMINATED: 08/29/2024*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The Incorporated Village of Rockville Centre**     represented by     **Adam Granek Guttell**
(See above for address)
*TERMINATED: 08/29/2024*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chelsea Ella Weisbord**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Cliff LaFemina**
(See above for address)
*TERMINATED: 08/29/2024*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/21/2023 | 1 | COMPLAINT against All Defendants filing fee $ 402, receipt number ANYEDC–16429059 Was the Disclosure Statement on Civil Cover Sheet completed –NO,, filed by John Beatty. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2) (Schaefer, Wayne) (Entered: 02/21/2023) |
| 02/22/2023 | | Notice: Re: Incomplete Civil Cover Sheet. A Civil Cover Sheet was not filed; the Clerk's Office cannot assign this case without a Civil Cover Sheet. Counsel is directed to submit the Civil Cover Sheet using the event Proposed Summons/Civil Cover Sheet. (LJ) (Entered: 02/22/2023) |
| 02/22/2023 | 2 | Civil Cover Sheet.. by John Beatty (Schaefer, Wayne) (Entered: 02/22/2023) |
| 02/22/2023 | 3 | Proposed Summons. by John Beatty (Schaefer, Wayne) (Entered: 02/22/2023) |
| 02/22/2023 | 4 | Proposed Summons. by John Beatty (Schaefer, Wayne) (Entered: 02/22/2023) |
| 02/23/2023 | 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. (LJ) (Entered: 02/23/2023) |
| 02/23/2023 | | Case Assigned to Judge Gary R. Brown and Magistrate Judge Arlene R. Lindsay. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (LJ) (Entered: 02/23/2023) |
| 02/23/2023 | 6 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (LJ) (Entered: 02/23/2023) |
| 02/23/2023 | 7 | Summons Issued as to All Defendants. (LJ) (Entered: 02/23/2023) |
| 03/16/2023 | 8 | WAIVER OF SERVICE Returned Executed by John Beatty. James Vafeades waiver sent on 3/13/2023, answer due 5/12/2023. (Schaefer, Wayne) (Entered: 03/16/2023) |
| 03/16/2023 | 9 | WAIVER OF SERVICE Returned Executed by John Beatty. The Incorporated Village of Rockville Centre waiver sent on 3/13/2023, answer due 5/12/2023. (Schaefer, Wayne) (Entered: 03/16/2023) |
| 03/30/2023 | 10 | NOTICE of Appearance by Adam Granek Guttell on behalf of The Incorporated Village of Rockville Centre, James Vafeades (aty to be noticed) (Guttell, Adam) (Entered: 03/30/2023) |
| 03/30/2023 | 11 | NOTICE of Appearance by Cliff LaFemina on behalf of The Incorporated Village of Rockville Centre, James Vafeades (aty to be noticed) (LaFemina, Cliff) (Entered: 03/30/2023) |

| | | |
|---|---|---|
| 05/12/2023 | 12 | DISCLOSURE of Interested Parties by The Incorporated Village of Rockville Centre. (Guttell, Adam) (Entered: 05/12/2023) |
| 05/12/2023 | 13 | MOTION for pre motion conference by The Incorporated Village of Rockville Centre, James Vafeades. (Guttell, Adam) Modified on 5/26/2023 to edit to a motion(JC). (Entered: 05/12/2023) |
| 05/30/2023 | | ORDER granting 13 Motion for Pre Motion Conference. A pre−motion telephone conference is scheduled for August 11, 2023 at 10:30 AM before Judge Gary R. Brown, at which time the parties should be prepared to address Defendants' anticipated motion pursuant to Rule 12 of the Federal Rules of Civil Procedure, DE 13. The parties are to call (888) 363−4734 using ACCESS CODE 4132441 five minutes prior to the designated time. The parties are on notice that in appropriate cases, the pre−motion letter and the response, along with the parties' arguments made at the pre−motion conference, may be construed at the discretion of the Court as the motion itself. Arguments not raised in the pre−motion letters or during the pre−motion conference shall be deemed waived. See In re Best Payphones, Inc., 450 F. App'x 8, 15 (2d Cir. 2011). At the conference, the Court will issue a briefing schedule if necessary. Plaintiffs are directed to respond to DE 13 in accordance with the undersigned's individual rules by June 30, 2023. Defendant's request to exceed the Court's two−page limit is GRANTED. As such, Plaintiff is permitted to file a letter totaling up to three pages in response. Before requesting an adjournment, the parties shall meet and confer and submit a joint letter with several proposed dates. The parties and other attendees to the conference are also reminded that the recording of any proceeding of the Court, including this conference, is prohibited under Local Rule 1.8. Ordered by Judge Gary R. Brown on 5/30/2023. (MR) (Entered: 05/30/2023) |
| 06/05/2023 | 14 | SCHEDULING ORDER: Rule 26 Meeting Report due by July 7, 2023. See the attached Order for details. Ordered by Magistrate Judge Arlene R. Lindsay on 6/5/2023. (Attachments: # 1 Rule 26(f) form) c/ecf (RI) (Entered: 06/05/2023) |
| 06/27/2023 | 15 | First MOTION for Extension of Time to File Response/Reply as to Order on Motion for Pre Motion Conference,,,,,, *Extension of Time to File Response to Arguments Raised in Defendants' Letter Request for Pre−Motion Conference (DE 13)* by John Beatty. (Schaefer, Wayne) (Entered: 06/27/2023) |
| 06/27/2023 | 16 | Letter MOTION to Amend/Correct/Supplement 15 First MOTION for Extension of Time to File Response/Reply as to Order on Motion for Pre Motion Conference,,,,,, *Extension of Time to File Response to Arguments Raised in Defendants' Letter Request for Pre−Motion Conference (DE 13) ; Supplemental Letter Submission to Reflect Defendants' Consent to Request for Extension of Time to File Response (DE 15)* by John Beatty. (Schaefer, Wayne) (Entered: 06/27/2023) |
| 06/28/2023 | | ORDER terminating 15 Motion for Extension of Time to File Response/Reply re 15 . Ordered by Judge Gary R. Brown on 6/28/2023. (MR) (Entered: 06/28/2023) |
| 06/28/2023 | | ORDER granting 16 Motion to Amend/Correct/Supplement. On consent, plaintiff's request for an extension of time to respond to defendants' pre−motion letter, DE 13, is GRANTED. Plaintiff shall file their responsive letter on or before July 7, 2023. Ordered by Judge Gary R. Brown on 6/28/2023. (MR) (Entered: 06/28/2023) |
| 07/03/2023 | 17 | MOTION for Extension of Time to File *Rule 26(f) Report* by The Incorporated Village of Rockville Centre, James Vafeades. (LaFemina, Cliff) (Entered: 07/03/2023) |
| 07/05/2023 | | ORDER re 17 : The time to submit the Rule 26(f) Report is extended to and including August 17, 2023. Ordered by Magistrate Judge Arlene R. Lindsay on 7/5/2023. c/ecf (RI) (Entered: 07/05/2023) |
| 07/07/2023 | 18 | Letter *Response to Defendants' Motion for Pre−Motion Conference (DE 13)* by John Beatty (Schaefer, Wayne) (Entered: 07/07/2023) |
| 08/11/2023 | | Minute Entry for proceedings held before Judge Gary R. Brown:Pre Motion Conference held on 8/11/2023. Wayne Schaefer and Adam Guttell present. Motion argued, deemed made and denied for reasons stated on the record. (FTR Log #AT&T 10:28−10:46.) (KM) (Entered: 08/14/2023) |
| 08/17/2023 | 19 | REPORT of Rule 26(f) Planning Meeting (Guttell, Adam) (Entered: 08/17/2023) |

| | | |
|---|---|---|
| 08/17/2023 | | SCHEDULING ORDER: An Initial Conference is scheduled for September 20, 2023 at 11:30 a.m. by telephone before Magistrate Judge Arlene R. Lindsay. The parties are directed to dial (888) 684–8852 prior to the scheduled time to access the call center. At the prompt enter access code 7625765. If any party has any difficulty accessing the telephone conference, please contact chambers at (631) 712–5730. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Ordered by Magistrate Judge Arlene R. Lindsay on 8/17/2023. c/ecf (RI) (Entered: 08/17/2023) |
| 08/25/2023 | 20 | ANSWER to 1 Complaint, by The Incorporated Village of Rockville Centre, James Vafeades. (Guttell, Adam) (Entered: 08/25/2023) |
| 09/15/2023 | | ORDER: Due to a change in the Court's calendar, the September 20, 2023 conference is adjourned to September 21, 2023 at 11:30 a.m. The parties are directed to dial (888) 684–8852 prior to the scheduled time to access the call center. At the prompt enter access code 7625765. Should the new date create a conflict for the parties, a brief adjournment may be requested. Ordered by Magistrate Judge Arlene R. Lindsay on 9/15/2023. c/ecf (RI) (Entered: 09/15/2023) |
| 09/21/2023 | 21 | Minute Entry for proceedings held before Magistrate Judge Arlene R. Lindsay on 9/21/2023. The parties proposed schedule is approved and will be entered under a separate Order. Should the parties wish to pursue mediation, a joint letter may be submitted. c/ecf (RI) (Entered: 09/21/2023) |
| 09/21/2023 | 22 | SCHEDULING ORDER: A Final Conference is scheduled for September 19, 2024 at 11:00 AM before Magistrate Judge Arlene R. Lindsay. See the attached Order for details.Ordered by Magistrate Judge Arlene R. Lindsay on 9/21/2023. c/ecf (RI) (Entered: 09/21/2023) |
| 10/17/2023 | 23 | Letter *requesting we pursue mediation* by The Incorporated Village of Rockville Centre, James Vafeades (Guttell, Adam) Modified on 10/18/2023 (RI). (Entered: 10/17/2023) |
| 10/18/2023 | | ORDER re 23 : The matter is referred to mediation which shall be completed by December 19, 2023. Ordered by Magistrate Judge Arlene R. Lindsay on 10/18/2023. c/ecf (RI) (Entered: 10/18/2023) |
| 10/18/2023 | | MEDIATION INSTRUCTIONS for Counsel are available at: https://www.nyed.uscourts.gov/adr–forms.<br><br>Counsel are to select a mediator, schedule the first mediation session, and file the name of the mediator, date, time and place (in–person or remote) of the first mediation session via CM/ECF using the event Selection of Mediator. For a list of the EDNY Mediators and their qualifications, see the Court's website at https://www.nyed.uscourts.gov/adr/Mediation/displayAll.cfm. EDNY Mediators are compensated in accordance with EDNY Local Civil Rule 83.8(f)(1)[formerly EDNY Local Civil Rule 83.11(f)(1)].<br><br>The Confidentiality Stipulation is available at: https://www.nyed.uscourts.gov/adr–forms. The Confidentiality Stipulation (in–person or remote) must be signed at or before the initial mediation session by all participants and the Mediator and returned via e–mail to nyed_adr@nyed.uscourts.gov.<br><br>Upon completion of the mediation, both parties must submit a Mediation Report which can be found at: https://www.nyed.uscourts.gov/adr–forms. The Mediation Report must be submitted within two weeks following mediation session. (JR) (Entered: 10/18/2023) |
| 12/15/2023 | 24 | Letter MOTION for Extension of Time to File Response/Reply *to after January 18, 2024, to complete mediation* by The Incorporated Village of Rockville Centre, James Vafeades. (Guttell, Adam) (Entered: 12/15/2023) |
| 12/18/2023 | | ORDER granting 24 Motion for Extension of Time to complete mediation. The mediation shall be completed by January 22, 2024. Ordered by Magistrate Judge |

| | | |
|---|---|---|
| | | Arlene R. Lindsay on 12/18/2023. (BJ) (Entered: 12/18/2023) |
| 01/04/2024 | 25 | SELECTION OF MEDIATOR Patrick Michael McKenna selected as Mediator. Date Time and Location in−person/remote:January 18, 2024 10:00 am remote Fourteen days on or before the session date, counsel shall file with the Mediator their client's mediation statement summarizing the facts, legal issues, particulars of any prior settlement discussions, and the name and title of the client or client representative with full settlement authority who will attend the mediation. For more details on the submission, please consult Local Civil Rule 83.8(b)(4). Attendance is required of the trial attorney, insurance adjuster, and client or client representative with full settlement authority. The Confidentiality Stipulation (in−person or remote) must be signed at or before the initial mediation session by all participants and the Mediator and returned via e−mail to nyed_adr@nyed.uscourts.gov. The Mediators contact information can be found on the docket sheet. Within fourteen days of the conclusion of the mediation, both parties must submit a Mediation Report. (Guttell, Adam) (Entered: 01/04/2024) |
| 01/31/2024 | | REPORT of Mediation Unsettled. Both parties must submit a Mediation Report which can be found at: https://www.nyed.uscourts.gov/adr−forms. The Mediation Report must be submitted within two weeks following mediation session.Mediation Report due by 2/14/2024. (JR) (Entered: 01/31/2024) |
| 06/14/2024 | 26 | First MOTION for Extension of Time to Complete Discovery by John Beatty. (Schaefer, Wayne) (Entered: 06/14/2024) |
| 06/17/2024 | | ORDER granting 26 Motion for Extension of Time to Complete Discovery. The scheduling order is modified as follows: All discovery, inclusive of expert discovery, to be concluded by August 19, 2024. Any party planning on making a dispositive motion must take the first step in the motion process by September 13, 2024. The parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before October 14, 2024. The September 19, 2024 final conference is adjourned to October 17, 2024 at 11:30 a.m. Ordered by Magistrate Judge Arlene R. Lindsay on 6/17/2024. (BJ) (Entered: 06/17/2024) |
| 08/01/2024 | 27 | Letter MOTION for Extension of Time to Complete Discovery by The Incorporated Village of Rockville Centre, James Vafeades. (Guttell, Adam) (Entered: 08/01/2024) |
| 08/02/2024 | | ORDER granting 27 : The scheduling order is modified as follows: All discovery, inclusive of expert discovery, to be concluded by September 18, 2024. Any party planning on making a dispositive motion must take the first step in the motion process by October 14, 2024. The parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before November 14, 2024. The October 17, 2024 final conference is adjourned to November 19, 2024 at 11:00 a.m. Ordered by Magistrate Judge Arlene R. Lindsay on 8/2/2024. c/ecf (RI) (Entered: 08/02/2024) |
| 08/27/2024 | 28 | NOTICE of Appearance by Chelsea Ella Weisbord on behalf of All Defendants (aty to be noticed) (Weisbord, Chelsea) (Entered: 08/27/2024) |
| 08/27/2024 | 29 | STIPULATION *AND ORDER FOR SUBSTITUTION OF COUNSEL* by The Incorporated Village of Rockville Centre, James Vafeades (LaFemina, Cliff) Modified on 8/29/2024 (RI). (Entered: 08/27/2024) |
| 08/27/2024 | 30 | Letter *(1) In Response to Proposed Order Substituting Counsel for All Defendants; (2) Requesting Telephone Conference* by John Beatty (Schaefer, Wayne) (Entered: 08/27/2024) |
| 08/28/2024 | 31 | Letter *Correcting and Supplementing August 27, 2024 Letter [Doc. 30]* by John Beatty (Schaefer, Wayne) (Entered: 08/28/2024) |
| 08/28/2024 | 32 | Letter *Response to Plaintiff's Counsel August 27, 2024 letter (ECF Doc. 30)* by The Incorporated Village of Rockville Centre, James Vafeades (Weisbord, Chelsea) (Entered: 08/28/2024) |
| 08/29/2024 | | ORDER re 29 : Plaintiffs challenge to Defendants stipulation substituting counsel is rejected. "Under New York law, a client has an absolute right to change attorneys." Matter of First City Nat'l Bank & Trust Co., 759 F. Supp. 1048, 1051 (S.D. N.Y. 1991). The fact the Defendants have retained new counsel signals that defendants are |

| | | |
|---|---|---|
| | | not pleased with their prior counsel and provides justification for the motion to substitute. Pfeffer v. Mark, 98–CV–6771(ILG), 2000 U.S. Dist. LEXIS 7227, 2000 WL 709012 (E.D.N.Y. Apr. 27, 2000). The parties are directed to meet and confer within the next fourteen days to resolve any outstanding discovery issues. (Attorney Chelsea Ella Weisbord added, attorneys Adam Granek Guttell and Cliff LaFemina terminated) c/ecf Ordered by Magistrate Judge Arlene R. Lindsay on 8/29/2024. (RI) (Entered: 08/29/2024) |
| 09/10/2024 | 33 | Letter MOTION for Extension of Time to Complete Discovery *(Joint Letter)* by The Incorporated Village of Rockville Centre, James Vafeades. (Weisbord, Chelsea) (Entered: 09/10/2024) |
| 09/12/2024 | | ORDER re 33 : The scheduling order is modified as follows: All discovery, inclusive of expert discovery, to be concluded by December 14, 2024. Any party planning on making a dispositive motion must take the first step in the motion process by January 13, 2025. The parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before February 11, 2025. The November 19, 2024 final conference is adjourned to February 13, 2025 at 11:30 a.m. This is the third request for an extension. No further extensions will be provided absent a showing of good cause. Ordered by Magistrate Judge Arlene R. Lindsay on 9/12/2024. c/ecf (RI) (Entered: 09/12/2024) |
| 10/23/2024 | 34 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on 08/11/2023, for hearing type Pre Motion Conference, before Judge Gary R. Brown. Transcriber Transcription Plus II, Inc., Telephone number 917–817–2825. Email address: rl.transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 11/13/2024. Redacted Transcript Deadline set for 11/25/2024. Release of Transcript Restriction set for 1/21/2025. (CG) (Entered: 10/23/2024) |
| 11/25/2024 | 35 | STIPULATION *Proposed Confidentiality Order* by James Vafeades, The Incorporated Village of Rockville Centre (Weisbord, Chelsea) (Entered: 11/25/2024) |
| 11/26/2024 | | ORDER re 35 Stipulation filed by James Vafeades, The Incorporated Village of Rockville Centre. The parties' request that the Court so order the attached stipulation is denied without prejudice. The parties have failed to sign the stipulation and additionally, paragraph 14 shall be stricken from the stipulation before it is resubmitted to the Court.Ordered by Magistrate Judge Arlene R. Lindsay on 11/26/2024. (BJ) (Entered: 11/26/2024) |
| 11/26/2024 | 36 | STIPULATION re Order, *corrected proposed confidentiality Order* by James Vafeades, The Incorporated Village of Rockville Centre (Weisbord, Chelsea) Modified on 11/27/2024 (RI). (Entered: 11/26/2024) |
| 11/27/2024 | | ORDER re 36 : The proposed confidentiality Order is approved. Ordered by Magistrate Judge Arlene R. Lindsay on 11/27/2024. c/ecf (RI) (Entered: 11/27/2024) |
| 12/05/2024 | 37 | Letter MOTION for Extension of Time to Complete Discovery *(submitted jointly with Plaintiff)* by James Vafeades, The Incorporated Village of Rockville Centre. (Weisbord, Chelsea) (Entered: 12/05/2024) |
| 12/06/2024 | | ORDER granting 37 Motion for Extension of Time to Complete Discovery. In light of the circumstances described in the parties jint request one final extension shall be granted. All discovery, inclusive of expert discovery, to be concluded by January 28, 2025. Any party planning on making a dispositive motion must take the first step in the motion process by February 28, 2025. The parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before March 21, 2025. The February 13, 2025 final conference is adjourned to March 25, 2025 at 11:30 a.m. Ordered by Magistrate Judge Arlene R. Lindsay on 12/6/2024. (BJ) (Entered: 12/06/2024) |
| 01/26/2025 | 38 | MOTION for Extension of Time to Complete Discovery by James Vafeades, The Incorporated Village of Rockville Centre. (Weisbord, Chelsea) (Entered: 01/26/2025) |
| 01/28/2025 | 39 | Letter MOTION for Extension of Time to Complete Discovery *re: supplement to January 26 extension request* by James Vafeades, The Incorporated Village of |

| | | |
|---|---|---|
| | | Rockville Centre. (Weisbord, Chelsea) (Entered: 01/28/2025) |
| 01/29/2025 | 40 | RESPONSE in Opposition re 38 MOTION for Extension of Time to Complete Discovery , 39 Letter MOTION for Extension of Time to Complete Discovery *re: supplement to January 26 extension request* filed by John Beatty. (Schaefer, Wayne) (Entered: 01/29/2025) |
| 01/29/2025 | 41 | RESPONSE in Opposition re 38 MOTION for Extension of Time to Complete Discovery , 39 Letter MOTION for Extension of Time to Complete Discovery *re: supplement to January 26 extension request (Supplement to Plaintiff's Previously Filed Opposition [Doc. No. 40])* filed by John Beatty. (Schaefer, Wayne) (Entered: 01/29/2025) |
| 02/18/2025 | | ORDER granting 38 39 Motion for Extension of Time to Complete Discovery. In light of the circumstances described in Defendants' request one final extension shall be granted. All discovery, inclusive of expert discovery, to be concluded by March 18, 2025. Any party planning on making a dispositive motion must take the first step in the motion process by March 31, 2025. The parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before April 21, 2025. The March 25, 2025 final conference is adjourned to April 24, 2025 at 12:30 p.m. Ordered by Magistrate Judge Arlene R. Lindsay on 2/18/2025. (BJ) (Entered: 02/18/2025) |
| 02/18/2025 | 42 | Letter *to the Court requesting deadlines to commence summary judgment practice be held in abeyance* by The Incorporated Village of Rockville Centre, James Vafeades (Weisbord, Chelsea) Modified on 2/19/2025 (RI). (Entered: 02/18/2025) |
| 02/19/2025 | | ORDER re 42 : The application is denied as a revised schedule was set pursuant to the Court's Order dated February 18, 2025. Ordered by Magistrate Judge Arlene R. Lindsay on 2/19/2025. c/ecf (RI) (Entered: 02/19/2025) |
| 03/26/2025 | 43 | Letter MOTION for Extension of Time to File */ commence summary judgment practice with Plaintiff's consent* by The Incorporated Village of Rockville Centre, James Vafeades. (Weisbord, Chelsea) (Entered: 03/26/2025) |
| 03/27/2025 | | ORDER granting 43 Motion for Extension of Time to File. Any party planning on making a dispositive motion must take the first step in the motion process by April 30, 2025. Any response to any pre−motion letters in anticipation of moving for summary judgment shall be filed by May 21, 2025. The parties are to electronically file a joint proposed pretrial order in compliance with the district judge's individual rules, signed by counsel for each party, on or before June 6, 2025. The April 24, 2025 final conference is adjourned to June 10, 2025 at 12:30 p.m. Ordered by Magistrate Judge Arlene R. Lindsay on 3/27/2025. (BJ) (Entered: 03/27/2025) |
| 04/30/2025 | 44 | MOTION for Extension of Time to File *Summary Judgment Motion* by The Incorporated Village of Rockville Centre, James Vafeades. (Weisbord, Chelsea) (Entered: 04/30/2025) |
| 04/30/2025 | 45 | RESPONSE to Motion re 44 MOTION for Extension of Time to File *Summary Judgment Motion* filed by John Beatty. (Schaefer, Wayne) (Entered: 04/30/2025) |
| 05/01/2025 | | ORDER granting 44 Motion for Extension of Time to File. Any party planning on making a dispositive motion must take the first step in the motion process by May 2, 2025. Any response to any pre−motion letters in anticipation of moving for summary judgment shall be filed by May 23, 2025. Ordered by Magistrate Judge Arlene R. Lindsay on 5/1/2025. (BJ) (Entered: 05/01/2025) |
| 05/02/2025 | 46 | Letter MOTION for Leave to Electronically File Document under Seal – *in anticipation of moving for summary judgment* by The Incorporated Village of Rockville Centre, James Vafeades. (Attachments: # 1 Exhibit Ex. K) (Weisbord, Chelsea) (Entered: 05/02/2025) |
| 05/03/2025 | 47 | MOTION for Extension of Time to File *Summary Judgment (request for three hour extension due to internet connectivity issues)* by The Incorporated Village of Rockville Centre, James Vafeades. (Weisbord, Chelsea) (Entered: 05/03/2025) |
| 05/03/2025 | 48 | MOTION for pre motion conference *in anticipation of moving for summary judgment* by The Incorporated Village of Rockville Centre, James Vafeades. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Rule 56.1 Statement, # 2 Declaration, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit L, # 14 Exhibit M, # 15 Exhibit N) (Weisbord, Chelsea) (Entered: 05/03/2025) |
| 05/05/2025 | | ORDER granting 48 Motion for Pre Motion Conference. An IN−PERSON premotion conference is scheduled for July 24, 2025 at 10:30 AM before Judge Gary R. Brown, Courtroom 940, 100 Federal Plaza, Central Islip, NY, at which time the parties should be prepared to address Defendants' anticipated motion pursuant to Rule 56 of the Federal Rules of Civil Procedure. Counsel shall appear at such time with their clients. Plaintiff shall respond to DE 48 in accordance with the undersigned's individual rules, see Rule II(g), by June 26, 2025.<br><br>Counsel should note that, in appropriate cases, the pre−motion letter as well as the response, along with counsels' arguments at the pre−motion conference, may be construed, at the discretion of the Court, as the motion itself. Arguments not raised in the pre−motion letters or during the pre−motion conference shall be deemed waived. See In re Best Payphones, Inc., 450 F. App'x 8, 15 (2d Cir. 2011). At the conference, the Court will issue a briefing schedule if necessary. Before requesting an adjournment, the parties shall meet and confer and submit a joint letter with several proposed dates.<br><br>The parties and other attendees to the conference are also reminded that the recording of any proceeding of the Court, including this conference, is prohibited under Local Rule 1.8. Ordered by Judge Gary R. Brown on 5/5/2025. (ML) (Entered: 05/05/2025) |
| 06/05/2025 | 49 | Letter MOTION to Adjourn Conference *and Confirm Extension of Time to File proposed Joint Pre−Trial Order* by John Beatty. (Schaefer, Wayne) (Entered: 06/05/2025) |
| 06/06/2025 | | ORDER re 49 : In light of the anticipated motion, the June 10, 2025, conference and the deadline to submit the proposed joint pretrial order are adjourned without date. The parties are directed to submit a joint status report following the scheduled pre−motion conference. Ordered by Magistrate Judge Arlene R. Lindsay on 6/6/2025. c/ecf (RI) (Entered: 06/06/2025) |
| 06/19/2025 | 50 | Joint MOTION to Adjourn Conference *and Extend Time for Plaintiff to File Response to Pre−Motion Letter and Local Civil Rule 56.1 Response* by John Beatty. (Schaefer, Wayne) (Entered: 06/19/2025) |
| 06/20/2025 | | ORDER denying 50 Motion to Adjourn Conference, The conference is before Judge Brown, and the deadlines for filing of motions papers were set by Judge Brown. Accordingly, any request for an extension must be made to Judge Brown directly. Ordered by Magistrate Judge Arlene R. Lindsay on 6/20/2025. (BJ) (Entered: 06/20/2025) |
| 06/20/2025 | 51 | Joint MOTION to Adjourn Conference *and Extend Time for Plaintiff to file Response to Defendants' Pre−Motion Letter and to File Local Rule 56.1 Response (Renewed Motion)* by John Beatty. (Schaefer, Wayne) (Entered: 06/20/2025) |
| 06/25/2025 | | ORDER granting 51 Motion to Adjourn Conference: The pre−motion conference scheduled for July 24 is adjourned to August 7, 2025 at 10:30 am. Plaintiff shall respond to defendant's pre−motion letter and file a Local Rule 56.1 Response by July 10. All other requirements from the May 5 Order remain in effect, including the in−person attendance of clients. Ordered by Judge Gary R. Brown on 6/25/2025. (ML) (Entered: 06/25/2025) |
| 07/07/2025 | 52 | Letter MOTION for Extension of Time to File Response/Reply as to Order on Motion for Pre Motion Conference,,,,, *and to File Response to Defendants' Pre−Motion Letter and Local Civil Rule 56.1 Statement of Uncontested Facts* by John Beatty. (Schaefer, Wayne) (Entered: 07/07/2025) |
| 07/07/2025 | 53 | Amended MOTION for Extension of Time to File Response/Reply as to Order on Motion for Pre Motion Conference,,,,, *and to File Response to Defendants' Pre−Motion Letter and Local Civil Rule 56.1 Statement of Uncontested Facts* by John Beatty. (Schaefer, Wayne) (Entered: 07/07/2025) |

| Date | # | Entry |
|---|---|---|
| 07/08/2025 | | ORDER granting 53 Motion for Extension of Time to File Response/Reply. Plaintiff's motion to extend the time to respond to defendant's pre−motion letter and Rule 56.1 statement until July 14, 2025 is granted, on consent. Ordered by Judge Gary R. Brown on 7/8/2025. (ML) (Entered: 07/08/2025) |
| 07/08/2025 | | ORDER withdrawing 52 Motion for Extension of Time to File Response/Reply. Ordered by Judge Gary R. Brown on 7/8/2025. (ML) (Entered: 07/08/2025) |
| 07/12/2025 | 54 | Emergency MOTION for Extension of Time to File *Response to Defendants' Pre−Motion Letter and Local Civil Rule 56.1 Statement of Uncontested Facts* by John Beatty. (Schaefer, Wayne) (Entered: 07/12/2025) |
| 07/14/2025 | | ORDER granting 54 Motion for Extension of Time to File. On consent, plaintiff's motion for an extension of time to respond to defendant's pre−motion letter and Rule 56.1 statement is granted. Ordered by Judge Gary R. Brown on 7/14/2025. (ML) (Entered: 07/14/2025) |
| 07/17/2025 | 55 | Letter MOTION for pre motion conference *Response to Defendants' Pre−Motion Letter and Local Civil Rule 56.1 Statement of Uncontested Facts* by John Beatty. (Schaefer, Wayne) Modified on 8/7/2025 to terminate. See 59 Minute (JC). (Entered: 07/17/2025) |
| 07/17/2025 | 56 | RULE 56.1 STATEMENT *Response to Defendants' Local Civil Rule 56.1 Statement of Uncontested Facts* filed by John Beatty. (Schaefer, Wayne) (Entered: 07/17/2025) |
| 07/17/2025 | 57 | AFFIDAVIT/DECLARATION in Opposition re 55 Letter MOTION for pre motion conference *Response to Defendants' Pre−Motion Letter and Local Civil Rule 56.1 Statement of Uncontested Facts Declaration in Support of Plaintiff's Response to Defendants' Pre−Motion Letter and Local Rule 56.1 Statement of Uncontested Facts* filed by John Beatty. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8) (Schaefer, Wayne) (Entered: 07/18/2025) |
| 07/30/2025 | 58 | Letter MOTION to Appear by Telephone/Video *for James Vafeades for the pre−motion conference on August 7th* by The Incorporated Village of Rockville Centre, James Vafeades. (Weisbord, Chelsea) (Entered: 07/30/2025) |
| 08/04/2025 | | ORDER granting 58 Motion to Appear by Telephone/Video. Defendant Vafeades may appear remotely for the 8/7 pre−motion conference. Ordered by Judge Gary R. Brown on 8/4/2025. (ML) (Entered: 08/04/2025) |
| 08/06/2025 | | NOTICE re Order on Motion to Appear by Telephone/Video : The party will call 571−353−2301 using Access code 975 842 145 at least 5 minutes prior to the conference. (KM) (Entered: 08/06/2025) |
| 08/07/2025 | 59 | Minute Entry for proceedings held before Judge Gary R. Brown: Pre Motion Conference for Summary Judgment held on 8/7/2025. APPEARANCES: Plaintiff: Wayne J. Schaefer; Defendant: Chelsea Ella Weisbord. Counsel for all sides present. Pre−motion conference held. Motion argued. The Court deems the motion made. Other: For the reasons set forth on the record, summary judgment in favor of defendants on plaintiff's first three claims and the court declines to exercise jurisdiction on plaintiff's fourth claim. The case is deemed closed and the clerk is directed to enter judgment. (Court Reporter Toni Ann Lucatorto.) (JC) (Entered: 08/07/2025) |
| 08/15/2025 | 60 | CLERK'S JUDGMENT: ORDERED AND ADJUDGED that plaintiff John Beatty take nothing of defendants James Vafeaedes and the Incorporated Village of Rockville Centre; that summary judgment is granted in favor of defendants on plaintiff's first three claims; that the Court declines to exercise jurisdiction on plaintiff's fourth claim; and that this case is closed. Ordered by Clerk of Court on 8/15/2025. (JT) (Entered: 08/15/2025) |
| 09/04/2025 | 61 | NOTICE OF APPEAL as to 60 Clerk's Judgment, by John Beatty. Filing fee $ 605, receipt number ANYEDC−19412356. Appeal Record due by 9/18/2025. (Schaefer, Wayne) (Entered: 09/04/2025) |
| 09/04/2025 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 61 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or |

|  |  | for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (KS) (Entered: 09/04/2025) |