UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN BEATTY,

               Plaintiff,

- against -

JAMES VAFEADES, Individually and in his
capacity as Police commissioner of the Incorporated
Village of Rockville Centre, and INCORPORATED
VILLAGE OF ROCKVILLE
CENTRE,

               Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 23-1373 (GRB) (ARL)

A Minute Order of Honorable Gary R. Brown, United States District Judge, having been filed on August 7, 2025, granting summary judgment in favor of defendants on plaintiff's first three claims, declining to exercise jurisdiction on plaintiff's fourth claim, deeming the case closed, and directing the Clerk of the Court to enter judgment, it is

**ORDERED AND ADJUDGED** that plaintiff John Beatty take nothing of defendants James Vafeaedes and the Incorporated Village of Rockville Centre; that summary judgment is granted in favor of defendants on plaintiff's first three claims; that the Court declines to exercise jurisdiction on plaintiff's fourth claim; and that this case is closed.

Dated: August 15, 2025
       Central Islip, New York

                                                 BRENNA B. MAHONEY
                                                 CLERK OF COURT

                                     BY:    /S/ JAMES J. TORITTO
                                                    DEPUTY CLERK