## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title:_____ Docket No.:_____

Lead Counsel of Record (name/firm) or Pro se Party (name):_____
_____

Appearance for (party/designation):_____

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
( ) Incorrect. See attached caption page with corrections.

    **Appellate Designation** is:
( ) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
      Parties: _____
( ) Incorrect. Please change the following parties' designations:
      <u>Party</u>                                    <u>Correct Designation</u>

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
( ) Incorrect or Incomplete. As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name:_____
Firm:_____
Address:_____
Telephone:_____ Fax:_____
Email:_____

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are:_____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____
_____

## CERTIFICATION

I certify that ( ) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on_____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: *Chelsea Weisbord*
Type or Print Name:_____
      OR
Signature of pro se litigant:_____
Type or Print Name:_____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.