UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT ||||
|---|---|---|---|
| **CASE TITLE** Beatty v. Vafeades | **DISTRICT** Eastern District of NY || **DOCKET NUMBER** 2:23-cv-1373 |
| | **JUDGE** Hon. Gary R. Brown || **APPELLANT** John Beatty |
| | **COURT REPORTER** ToniAnn Lucatorto, RMR, CRR, RPR || **COUNSEL FOR APPELLANT** Wayne J. Schaefer, Esq. |

| | |
|---|---|
| **Check the applicable provision:**<br><br>☐ I am ordering a transcript.<br><br>☒ I am not ordering a transcript.<br><br>**Reason for not ordering a transcript:**<br><br>☒ Copy is already available<br><br>☐ No transcribed proceedings<br><br>☐ Other (Specify in the space below): | **PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED** (*i.e.*, oral argument, order from the bench, etc.) |
| | **METHOD OF PAYMENT**  ☐ Funds   ☐ CJA Voucher (CJA 21) |
| **INSTRUCTIONS TO COURT REPORTER:**<br><br>☐ **PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS**<br><br>☐ **PREPARE TRANSCRIPT OF TRIAL**<br><br>☐ **PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS**<br><br>☐ **OTHER (Specify in the space below):** | **DELIVER TRANSCRIPT TO:** (COUNSEL'S NAME, ADDRESS, TELEPHONE) |

If a transcript is ordered, I certify that I have sent this form to the court reporter and have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. *See* FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| **COUNSEL'S SIGNATURE** *(signed) Wayne J. Schaefer* | **DATE** September 18, 2025 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| **DATE ORDER RECEIVED** | **ESTIMATED COMPLETION DATE** | **ESTIMATED NUMBER OF PAGES** |
|---|---|---|
| **SIGNATURE OF COURT REPORTER** || **DATE** |

Revised June, 2017