**SCHAEFER LAW GROUP, P.C.**
22 Lawrence Avenue, Suite 301
Smithtown, NY 11787-3619
631-382-4800 FAX 631-382-4801

September 25, 2025

BY ACMS
United States Court of Appeals
  for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square New York, NY 10007

Re: *John Beatty v. James Vafeades, et al.,*
(Ct. of Appeals, 2d Cir. Docket No.: 25-2143)

Dear Sir/Madam:

    This office represents plaintiff-appellant, John Beatty in the above-referenced appeal.

    Pursuant to Local Rule 31.2 (a) (1) (A), the "ready date" in this appeal is September 19, 2025; the date of plaintiff-appellant's filing of the certificate that no transcript will be ordered. Consequently, (1) the last day for appellants to submit notification of the deadline they request to file their brief is October 3, 2025; and (2) the last available (91st) day to request is December 19, 2025.

    Plaintiff-appellant requests December 19, 2025 as the deadline for filing his brief.

                                    Very truly yours,

                                      /s/

                                    Wayne J. Schaefer

cc: Counsel of Record (by ECF only)